172 A.3d 1082

IN THE MATTER OF WILLIAM R. HENDRICKSON, JR.,
DEPARTMENT OF COMMUNITY AFFAIRS. (WILLIAM
R. HENDRICKSON, JR.—PETITIONER)

C–270 September Term 2017
079885

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003675–15
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

172 A.3d 1082

YOAV KRILL, PLAINTIFF–RESPONDENT, v. IDT CORPORATION,
INC., DEFENDANT–PETITIONER, AND HOWARD JONAS,
DEFENDANT.

C–271 September Term 2017
079928

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005664–14
having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied,
with costs.